# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEVEN W. SHORT,

    Plaintiff,

v.   Case No. 3:22cv19162-MCR-HTC

WALTON COUNTY, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 7, 2022 (ECF No. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of February 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv19162-MCR-HTC